# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDO HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:11-cv-02123-BAM<br><br>ORDER GRANTING APPLICATION PROCEED IN FORMA PAUPERIS<br>　　　　　and<br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION |

　　　Donte Rolando Harris ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. Terre Haute Federal Correctional Institution is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　　2.　　**The Warden of Terre Haute Federal Correctional Institution or his/her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per**

1

1 **cent (20%) of the preceding month's income credited to the prisoner's trust account and shall**
2 **forward those payments to the Clerk of the Court each time the amount in the account exceeds**
3 **$10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**
4 **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**
5 **and number assigned to this action.**

6     3.    The Clerk of the Court is directed to serve a copy of this order and a copy of
7 plaintiff's in forma pauperis affidavit on the **Warden of Terre Haute Federal Correctional**
8 **Institution, via the court's electronic case filing system (CM/ECF)**.

9     4.    The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department, U.S. District Court, Eastern District of California, Fresno Division.

11     5.    Within sixty (60) days of the date of service of this order, plaintiff shall submit a
12 certified copy of his/her prison trust account statement for the six‑month period immediately
13 preceding the filing of the complaint, if plaintiff has not already done so.

14    IT IS SO ORDERED.

15 **Dated:**   **December 28, 2011**       /s/ **Barbara A. McAuliffe**
16                                                    UNITED STATES MAGISTRATE JUDGE