# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDO HARRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>            Defendant. | CASE NO. 1:11-cv-02123-BAM<br><br>ORDER DISREGARDING NOTICE TO THE COURT<br><br>(ECF No. 10) |

      Plaintiff Donte Rolando Harris ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action was filed on December 19, 2011, and is currently pending screening. On August 30, 2012, Plaintiff filed a notice to the Court regarding settlement discussions.

      Plaintiff's notice is essentially an informational notice and does not request any specific relief to which Plaintiff might arguably be entitled to in this action.

      Therefore, Plaintiff's informational notice filed on August 30, 2012, is HEREBY ORDERED DISREGARDED.

      IT IS SO ORDERED.

  **Dated:   August 31, 2012**        **/s/ Barbara A. McAuliffe**
                                                            UNITED STATES MAGISTRATE JUDGE